UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN ALLEN GRAYESKI,

    Defendant.
_____/

Case No. 24-cr-20422
Hon. Matthew F. Leitman

## ORDER GRANTING DEFENDANT'S MOTION FOR PRE-PLEA CRIMINAL HISTORY REPORT (ECF No. 19)

In this action, the United States of America has charged Defendant John Allen Grayeski with one Count of Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g). (*See* Indictment, ECF No. 13.) On October 4, 2024, Grayeski filed a motion in which he asked the Court to direct the Probation Department to "prepare[] a pre-plea criminal history report to assist him in deciding whether to plead guilty or proceed to trial in this matter." (Mot., ECF No. 19, PageID.60.)

The Court has reviewed Grayeski's motion and concludes that it should be **GRANTED**. Accordingly, the Court **DIRECTS AND AUTHORIZES** the Probation Department to complete the requested pre-plea criminal history and sentencing guidelines report.

    **IT IS SO ORDERED**.

Dated: October 30, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126