UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                            Case No. 24-cr-20422
                                            Hon. Matthew F. Leitman

JOHN ALLEN GRAYESKI,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND BOND CONDITIONS (ECF No. 27)

On January 7, 2025, Defendant John Allen Grayeski filed a motion asking the Court to "modify his conditions of release by removing the tether monitoring requirement." (Mot., ECF No. 27, PageID.124.)  The Government does not oppose Grayeski's requested relief. (*See id.*, PageID.125.)

The Court has reviewed Grayeski's motion, and for the reasons stated in the motion, the motion is **GRANTED**.

    **IT IS SO ORDERED**.

                                                     s/Matthew F. Leitman
                                                     MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  January 8, 2025

2

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 8, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126